# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
TERESA IRENE WILBURN  
8170 DENVER RD  
WAVERLY, OH  45690

Case No:     06-51573

Judge:       CHARLES M. CALDWELL

SSN(S):    XXX-XX-4503

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   December 29, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| Meta Bank<br>500 E 60th St N<br>Sioux Falls, SD  571040478 | 5.77 |